In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00388-CV
_____

**GERALD BOURQUE, INDIVIDUALLY AND AS TRUSTEE OF THE DENNIS AND VIOLA BOURQUE IRREVOCABLE TRUST U/A 6-18-10 AND MARILYN BOURQUE, INDIVIDUALLY, Appellants**

**V.**

**TERRY WOOD, Appellee**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-193,253**

**MEMORANDUM OPINION**

The appellants, Gerald Bourque, Individually and as Trustee of the Dennis and Viola Bourque Irrevocable Trust U/A 6-18-10 and Marilyn Bourque, Individually, filed a motion to abate the appeal or in the alternative to dismiss the appeal without prejudice. The appellee, Terry Wood, objected to abating the appeal and filed a motion to dismiss the appeal for want of jurisdiction. The parties agree that no final judgment has been signed and that the trial court's order

1

granting Woods's amended special exceptions and plea to the jurisdiction is not appealable as an accelerated appeal of the interlocutory order. Generally, an appeal may be taken only from a final judgment. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An appeal may be taken from an interlocutory order only when an appeal is authorized by statute. *See Bison Bldg. Materials, Ltd. v. Aldridge*, No. 06-1084, 2012 WL 3870493, at *3 (Tex. Aug. 17, 2012). We dismiss the appeal without reference to the merits. *Id.*

 APPEAL DISMISSED.

_____

CHARLES KREGER
Justice

Opinion Delivered November 14, 2013

Before McKeithen, C.J., Kreger and Horton, JJ.